UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

          Plaintiff,          Case No. 2:11-cr-12

v.          HON. R. ALLAN EDGAR

GINA ELIZABETH HOGLUND

          Defendant.
_____/

## ORDER OF DETENTION

On March 2, 2016 a Petition for Warrant or Summons for Offender of Supervision was filed alleging 4 violations of defendant's supervised release

Defendant appeared before Magistrate Judge Timothy P. Greeley for her initial appearance after arrest on March 17, 2016.  After that initial appearance, defendant was released to the Great Lakes Recovery Center in Marquette, Michigan for treatment (doc. #37)

The Court has been advised that the GLRC needs to discharge defendant for her failure to comply with the rules.

IT IS HEREBY ORDERED that immediately upon discharge, the U.S. Marshal shall place defendant in custody and defendant shall be detained pending further proceedings before this Court.

IT IS ORDERED

Dated:  5/31/2016          /s/ R. Allan Edgar
          R. ALLAN EDGAR
          UNITED STATES DISTRICT JUDGE