UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,    Case No. 2:11-cr-12

v.    HON. PAUL L. MALONEY

GINA ELIZABETH HOGLUND

    Defendant.
_____/

## **ORDER**

Defendant appeared before this Court on October 3, 2017 for the initial appearance after being arrested on a petition for warrant for offender under supervision. She was advised of her rights, the charges and the penalties. For reasons stated on the record:

IT IS HEREBY ORDERED that defendant shall undergo a mental health assessment to be arranged through the probation department with a report to be provided to this Court prior to October 19, 2017.

IT IS FURTHER ORDERED that a revocation hearing will be held on **October 19, 2017 at 11:00 a.m.** before the undersigned in Marquette, Michigan.

IT IS FURTHER ORDERED that defendant shall be detained pending further proceedings.

IT IS ORDERED

Dated: October 3, 2017    */s/ Timothy P. Greeley*
            TIMOTHY P. GREELEY
            U.S. MAGISTRATE JUDGE