UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 2:12-cr-3
                                              HON. PAUL L. MALONEY

Jason Eric Warner,

    Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on October 19, 2017, for an initial appearance after his arrest on a supervised release violation.

Defendant will be given time to consult with his attorney before a final hearing is scheduled.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                    */s/ Timothy P. Greeley*
                                                    TIMOTHY P. GREELEY
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: October 19, 2017