UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.  2:11-cr-12

v.        HON. PAUL L. MALONEY

GINA ELIZABETH HOGLUND,

        Defendant.
_____/

## REPORT AND RECOMMENDATION

On September 5, 2017, a Petition for Warrant or Summons for Offender Under Supervision was filed, alleging 3 violations of the defendant's conditions of supervised release.

An initial appearance was conducted on October 3, 2017, at which time the defendant waived her right to a preliminary hearing and was given time to determine if a revocation hearing was necessary.

On October 19, 2017, the parties appeared before the undersigned for a revocation hearing and defendant waived her right to appear before a district judge, her right to allocution before a district judge, and her right to sentencing before a district judge.  At this time, the defendant admitted to violations #1, 2, and 3 as set forth in the petition.  For the reasons stated on the record, it is recommended that the Court find the defendant did violate the condition of supervised release as set forth in violations 1,

2, and 3 of the petition and that the attached Judgment in a Criminal Case for Revocation of Probation or Supervised Release be entered.

Date: October 19, 2017  /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. See W.D. MICH. L.CR.R. 11.1(d).